UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MULTIVITAMIN DIRECT, INC,<br><br>    Defendant. | Case No. 5:15-cv-06345-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/05/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 03/08/2018 at 9:00 a.m. |
| Final Pretrial Conference | 05/17/2018 at 1:30 p.m. |
| Trial | 06/11/2018 at 9:00 a.m. |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6   proposed schedule to trial by 06/09/2016.

8   Dated: 05/05/2016

_____
BETH LABSON FREEMAN
United States District Judge